# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| JOHN RICHARDSON | : | Mag. No. 05 - 1018 |

I, Joseph Furey, being duly sworn, state that the following is true and correct to the best of my knowledge and belief. On or about October 11, 2004, in Cumberland County, in the District of New Jersey and elsewhere, the defendant, JOHN RICHARDSON did :

## SEE ATTACHMENT A

in violation of Title 18, United States Code, Section(s) 1791(a)(2) and b(3) and 2.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

Joseph Furey, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

January 13, 2005 at Camden, New Jersey

HONORABLE ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTENTS APPROVED

UNITED STATES ATTORNEY

BY: *[signature]*

Matthew J. Skahill
Trial Attorney

Date: 1-13-05

**Attachment A**

On or about October 11, 2004, in Cumberland County, in the District of New Jersey and elsewhere, defendant

JOHN RICHARDSON,

while being an inmate at the Fairton Correctional Institution (FCI Fairton), knowingly and willfully possessed a prohibited object, that is, marijuana,

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3) and 2.

## ATTACHMENT B

I, Joseph Furey, a Special Agent with the Federal Bureau of Investigation, having conducted an investigation and having discussed this matter with other law enforcement officers and having reviewed documents, have knowledge of the following facts:

1. On or about October 11, 2004, defendant John Richardson was an inmate at Fairton Federal Correctional Institution (FCI Fairton).

2. On or about October 11, 2004, defendant John Richardson was ordered to submit to a body search at FCI Fairton. Following this order, defendant John Richardson placed his hands inside his pants pockets and ran into cell 409, where he threw a clear plastic bag containing smaller individually wrapped items inside and loose containers into a toilet while flushing.

3. The items recovered from the toilet field tested positive for marijuana.

4. On or about January 11, 2005, the defendant, after being advised of his <u>Miranda</u> rights gave a statement and confessed to possessing marijuana on October 11, 2004.